**Dismissed and Memorandum Opinion filed August 16, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00973-CV

---

**KATHY BACY AND AKILAH BACY, Appellants**

**V.**

**NATIONAL COLLIEGATE TRUST, AS OF NATIONAL COLLIEGATE TRUST, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1055319**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 26, 2015. The clerk's record was filed January 6, 2016. No reporter's record or brief was filed.

On July 14, 2016, this court issued an order stating that unless appellants submitted a brief on or before August 1, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellants filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jamison.